IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02516-CBS | Date: December 19, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

TERRY JACKSON,   Wayne Anderson

Plaintiff,

v.

BENJAMIN ANDREW GATTO,   Juan Villasenor

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session: 10:02 a.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the Court in regards to Defendant's Unopposed MOTION [45] to Modify Scheduling Order.  Discussion regarding settlement.

**ORDERED:**   After discussions with counsel, counsel requests that a Magistrate Judge be assigned to the case for purposes of having a Settlement Conference.  The Clerk's office is directed to randomly draw a Magistrate Judge to the case for purposes of a Settlement Conference.

Defendant's Unopposed MOTION [45] to Modify Scheduling Order is **GRANTED.**  The previously set Final Pretrial and Trail Preparation Conference are **VACATED** and **RESET** to **June 11, 2015 at 10:00 a.m.**  Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission)  The previously set 3 day jury trial is **VACATED** and **RESET** to commence on **July 20, 2015 at 8:30 a.m.**

HEARING CONCLUDED.
**Court in recess: 10:11 a.m.**    Total time in court: 00:09
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.