IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02516-CBS-KLM

TERRY JACKSON,

    Plaintiff,

v.

BENJAMIN ANDREW GATTO, a Federal Agent of the United States, and
JOHN DOES, unknown Federal Law Enforcement Agents of the Fort Carson Military Police,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Permit a Representative of the Department of the Army to Attend the Settlement Conference** [#52] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#52] is **GRANTED**. Lt. Col. Julie A. Long may attend the Settlement Conference set for February 5, 2015, at 2:00 p.m.

    Dated: January 23, 2015